1

2

3

4

5          UNITED STATES DISTRICT COURT

6              DISTRICT OF NEVADA

7                    * * *

8   BANK OF LAS VEGAS, A NEVADA          Case No. 2:12-cv-00940-MMD-VCF
    CORPORATION, AS SUCCESSOR BY
9   STATUTORY MERGER TO DESERT
    COMMUNITY BANK,                              ORDER
10                      Plaintiff,
                                        (Def.'s Emergency Mtn. to Stay
11        v.                                   – dkt. no. 31)

12  STEVEN R. COLE, SUZANNE
    WHITTAKER, DAN R. RICHARDS AND
13  SOUTHWEST APPRAISAL ASSOCIATES
    INC.,
14
15                      Defendants.

16

17        Before the Court is Defendant's Emergency Motion to Stay.  (Dkt. no. 31.)  Local

18  Rule 7-5(d) establishes requirements for seeking court intervention to resolve an

19  emergency dispute.  In particular, counsel must demonstrate that the parties are unable

20  to resolve their dispute "after personal consultation and sincere effort to do so" before

21  seeking emergency relief.  *Id.*   Here, neither the Motion nor the supporting affidavit of

22  counsel contains the certification required under Local Rule 7-5(d)(3).  Accordingly,

23  Defendant's Motion is DENIED.

24
          DATED THIS 23rd day of January 2013.
25

26
                                        _____
27                                      MIRANDA M. DU
                                        UNITED STATES DISTRICT JUDGE
28