UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF LAS VEGAS, A NEVADA CORPORATION, AS SUCCESSOR BY STATUTORY MERGER TO DESERT COMMUNITY BANK,<br>　　　　　　　　　Plaintiff,<br>　v.<br>STEVEN R. COLE, SUZANNE WHITTAKER, DAN R. RICHARDS AND SOUTHWEST APPRAISAL ASSOCIATES INC.,<br>　　　　　　　　　Defendants. | Case No. 2:12-cv-00940-MMD-VCF<br><br>ORDER<br><br>(Def.'s Emergency Mtn. to Stay – dkt. no. 31) |

Before the Court is Defendant's Emergency Motion to Stay. (Dkt. no. 31.) Local Rule 7-5(d) establishes requirements for seeking court intervention to resolve an emergency dispute. In particular, counsel must demonstrate that the parties are unable to resolve their dispute "after personal consultation and sincere effort to do so" before seeking emergency relief. *Id.* Here, neither the Motion nor the supporting affidavit of counsel contains the certification required under Local Rule 7-5(d)(3). Accordingly, Defendant's Motion is DENIED.

DATED THIS 23rd day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE