UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

BANK OF LAS VEGAS,

        Plaintiff,

vs.

STEVEN R. COLE, et al

        Defendants.

2:12-cv-0940 APG-VCF

MINUTES OF THE COURT

DATED April 11, 2016

PRESENT
THE HONORABLE ANDREW P. GORDON, UNITED STATES JUDGE

DEPUTY CLERK: <u>EILEEN WOOD</u>    RECORDER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF (S) : <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT (S) : <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

    The Order on Stipulation of Dismissal (#42) was entered in this case on May 6, 2013. Good cause appearing,

    IT IS ORDERED that the Cash Deposit by Plaintiff, Bank of Las Vegas, (#26), posted in the amount of $1,500.00, receipt #NVLAS15593 filed November 29, 2012, is hereby exonerated and the Clerk of Court is hereby directed to release said funds to the rightful owner.

APPROVED: _____
                UNITED STATES DISTRICT JUDGE

DATED:    April 12, 2016